UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRAGUE ENERGY CORP., )<br>    Plaintiff, )<br>)<br>v.    )<br>)<br>)<br>CITY OF LOWELL, )<br>    Defendant. )<br>_____ ) | CIVIL ACTION NO. 05-11248-RGS |

## PLAINTIFF'S RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Plaintiff, Sprague Energy Corp., is a wholly-owned subsidiary of its parent company, Axel Johnson Inc., which is a privately held corporation.

                      Respectfully Submitted,

                      Sprague Energy Corp.,
                      By its attorneys,

                      /s/ Michael P. Connolly
                      Mark G. DeGiacomo, BBO #118170
                      Michael P. Connolly, BBO #637642
                      Murtha Cullina LLP
                      99 High Street
                      Boston, MA 02110
                      (617) 457-4000 Telephone

Dated: June 16, 2005

306988-1