UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRAGUE ENERGY CORP., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-11248-RGS |
| ) | |
| ) | |
| CITY OF LOWELL, ) | |
|     Defendant. ) | |

**STIPULATION OF DISMISSAL WITH
PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, through their respective counsel, hereby stipulate that the above-captioned civil action be dismissed. This dismissal shall be with prejudice, and with all rights to appeal being waived. Each party shall bear its own attorney's fees and costs.

| | |
|---|---|
| SPRAGUE ENERGY CORP., | CITY OF LOWELL, |
| By its attorneys, | By its attorneys, |
| | |
| /s/ Michael P. Connolly | /s/ Christine P. O'Connor, by MPC with permission |
| Mark G. DeGiacomo, BBO #118170 | Christine P. O'Connor, BBO # 567645 |
| Michael P. Connolly, BBO #637642 | Kimberly A. McMahon, BBO # 641398 |
| Murtha Cullina LLP | City of Lowell Law Department |
| 99 High Street | 375 Merrimack Street, 3rd Fl. |
| Boston, MA 02110 | Lowell, MA 01852 |
| (617) 457-4000 Telephone | (978) 970-4050 |

Dated: July 25, 2005

309323-1